**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:09-CR-160-RLH (RJJ) |
| MEGAN FOGLE, | ) ) ) | |
| Defendant. | ) | |

**AMENDED FINAL ORDER OF FORFEITURE**

On July 14, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant MEGAN FOGLE to a criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant MEGAN FOGLE pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 16, 2010 through August 14, 2010, notifying all known third parties of their right to petition the Court.

On June 3, 2011, Jason Frederico was personally served with copies of the Preliminary Order of Forfeiture, Notice, and the Petition, Stipulation for Return of Property and Order. #47.

. . .

1   On June 3, 2011, the Petition, Stipulation for Return of Property and Order was filed. #47
2   On June 6, 2011, the Order granting the Petition, Stipulation for Return of Property was entered with
3   the court. #48.

4   This Court finds no other petitions were filed herein by or on behalf of any person or entity
5   and the time for filing such petitions and claims has expired.

6   This Court finds no petitions are pending with regard to the assets named herein and the time
7   for presenting such petitions has expired.

8   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
9   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
10  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
11  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
12  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
13  law:

14      (a)    a Beretta USA CORP, Model 92F5 9mm Pistol, serial number:
15             BER384945;
16      (b)    379 rounds of .22 caliber, Winchester-Western Ammunition; and
17      (c)    18 rounds of assorted ammunition.

18  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
19  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
20  as any income derived as a result of the United States of America's management of any property
21  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
22  according to law.

23  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
24  certified copies to the United States Attorney's Office.

25  DATED this __13th__ day of __June__, 2011.

26

_____
UNITED STATES DISTRICT JUDGE

2